UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE HICKS                                        CIVIL ACTION

VERSUS                                              NUMBER: 13-0224

JEFFERSON PARISH SHERIFF'S                          SECTION: "N"(5)
OFFICE, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant, Jimmy Brown, are dismissed without prejudice for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

New Orleans, Louisiana, this 30th day of July, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE