UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE HICKS                                              CIVIL ACTION

VERSUS                                                    NUMBER: 13-0224

JEFFERSON PARISH SHERIFF'S                                SECTION: "N"(5)
OFFICE, ET AL.

## ORDER AND REASONS

This case came before the Court on April 30, 2014 at 11:00 a.m. pursuant to a call of the docket directing Plaintiff to show cause why his claims against Defendant, Jimmy Brown ("Brown"), should not be dismissed for failure to prosecute. (Rec. doc. 26). Earlier on in this case, Plaintiff's claims against Brown were dismissed without prejudice for that reason under Rule 4(m), Fed. R. Civ. P., but Plaintiff was subsequently allowed to re-add Brown as a Defendant on the belief that a proper service address for him had been obtained. (Rec. docs. 13, 14, 18, 19). The Court further notes that the trial in this matter was previously continued to afford Plaintiff additional time within which to locate and effect service upon Brown. (Rec. docs. 22, 23). It has now been over fifteen months since this lawsuit was filed and proof of service upon Brown is still lacking. Counsel for Plaintiff having failed to show cause why service of process has not been effected upon Brown,

Plaintiff's claims against said Defendant are hereby dismissed without prejudice for failure to prosecute pursuant to Rule 4(m).  *See Redding v. Essex Crane Rental Corp. of Alabama*, 752 F.2d 1077 (5th Cit. 1985).

New Orleans, Louisiana, this  20th  day of                May                , 2014.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE